DECEMBER 15, 1938

No. 4477.——*United States* v. *Globe Shipping Co. Inc. (Joseph Riedel Glass Works)*. Entered at New York. Reap. Dec. 4464. Motion by appellant.